UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEIF KIRCHOFF, individually and as class representative,<br><br>                  Plaintiff,<br><br>   v.<br><br>WIPRO, INC., WIPRO TECHNOLOGIES, INC. and WIPRO, LTD, Delaware Corporations,<br><br>                  Defendants. | CASE NO. C11-568Z<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Defendants' Motion for Protective Order, docket no. 21, is DENIED.  Defendants Wipro, Inc. and Wipro, Ltd (collectively "Defendants") have not established good cause for obtaining a protective order.  See Coopers & Lybrand v. Livesay, 437 U.S. 463, 469 n.12 (1978) (issues related to class certification often raise questions that are "intimately involved with the merits of the claims." (quoting 15 Charles A. Wright & Arthur R. Miller, Federal Practice & Procedure § 3911, at 485 n.45 (1976))); Gilman v. ER Solutions, Inc., No. C11-0806-JCC, Order at 4 (W.D. Wash. Feb. 3, 2012) (ordering precertification production of a class list because "[c]lass

MINUTE ORDER -1

certification cannot fairly be evaluated without information on whether [Defendant treated other putative class members in the way in which Plaintiff was treated], and Plaintiffs have no way to gather this information aside from the discovery requests [Defendant] opposes."). Defendants are hereby ORDERED to produce to Plaintiff an electronic list of all employees employed by Defendants in the United States of America since April 4, 2008, complete with last known addresses, telephone numbers, and e-mail addresses, within thirty days of this Order.

(2)     Plaintiff's Motion for Order Extending Deadline for Filing Class Certification, docket no. 30, is GRANTED. Plaintiff has established good cause for extending the deadline for filing a class certification. Therefore, it is hereby ORDERED that the deadline for filing a class certification motion is extended to October 2, 2012. Without substantial justification, no further extensions will be granted.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Plaintiff pro se.

Filed and entered this 23rd day of May, 2012.

                                  WILLIAM M. McCOOL, Clerk

                                  s/ Claudia Hawney
By:     _____
                                Claudia Hawney
                                Deputy Clerk

MINUTE ORDER -2